IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON SMITH**                                                                                                    **PLAINTIFF**

v.                                        Case No. 4:22-cv-00514-KGB

**CLARK, Sergeant, Pulaski County**
**Detention Center**, *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 12). Plaintiff Brandon Smith has not filed any objections to Judge Ray's Recommended Disposition, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (Dkt. No. 12). The Court dismisses without prejudice Mr. Smith's complaint pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith. The Clerk is directed to file a copy of this Order in *Lovelace, et al. v. Clark, et al.*, Case No. 4:22-cv-00425-KGB.

It is so ordered this 1st day of February, 2023.

Kristine G. Baker
United States District Judge