# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIE C. LOVELACE, III,** *et al*.                                                                                    **PLAINTIFFS**

**v.**                                   **Case No. 4:22-cv-00425-KGB-BBM**

**CLARK, Sergeant, Pulaski County**
**Detention Center,** *et al*.                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition ("Recommendation") submitted by United States Magistrate Benecia B. Moore (Dkt. No. 118). Plaintiffs have not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Jerry West's motion to show cause for a preliminary injunction and temporary restraining order is denied as moot (Dkt. No. 85). Plaintiff Willie C. Lovelace, III's motion for summary judgment is denied without prejudice (Dkt. No. 113). Additionally, the Court terminates Sheriff Eric Higgins as a party to this action.

It is so ordered this the 25th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge